BRENNAN LAW OFFICES, L.L.C.
River Front Plaza
Suite 200
1110 North Old World Third Street
Milwaukee, WI 53203
Telephone (414) 763-4200
Fax (414) 231-9810

July 6, 2017

**VIA E-FILE**
Honorable J.P. Stadtmueller
United States District Judge
United States District Court for the Eastern District of Wisconsin
517 E. Wisconsin Ave
Milwaukee, WI 53202

    Re: **United States of America v. Ashley Dover**
         **(Case Number: 16-CR-182)**

Dear Judge Stadtmueller:

Sentencing proceedings were held in the above-captioned matter on today's date. My purpose in writing is to inform the Court that Ms. Dover does <u>not</u> intend to pursue an appeal in this case. As a result, I will <u>not</u> be filing a Notice of Appeal on her behalf.

Thank you for your attention

Very truly yours,

BRENNAN LAW OFFICES, L.L.C.


PATRICK CAVANAUGH BRENNAN, ESQ.
PCB:jel

Character   •   Commitment   •   Excellence